# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL TISCHLER and SAMANTHA TISCHLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MINNCO CREDIT UNION,<br><br>Defendant. | Case No. 23-CV-2121 (NEB/LIB)<br><br><br><br>ORDER FOR DISMISSAL |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on February 27, 2024 (ECF No. 35), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and without fees or costs to any party.

Dated: February 28, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge